

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 1, 2022

VIA ECF
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *Kondapalli v. Jaddou*, No. 22 Civ. 346 (JMF)

Dear Judge Furman:

  This Office represents defendant (the "government") in the above-referenced action. I write, jointly with plaintiff's counsel, to submit this status update in accordance with the Court's order of September 2, 2022. *See* ECF No. 21. In light of the circumstances described in more detail below, the parties also write respectfully to request that plaintiff be granted leave to file an amended complaint on or before November 4, 2022, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure; the government be permitted to respond to the amended complaint on or before December 21, 2022; and the initial pretrial conference presently scheduled for November 10, 2022, be adjourned until January 9, 2023, or thereafter. The parties further propose that the Court permit them to file a joint status letter by January 5, 2023.

  As noted in prior correspondence, after the complaint was filed in this action, plaintiff departed the United States while her petition for U nonimmigrant status was pending before U.S. Citizenship and Immigration Services ("USCIS"), but expressed an interest in seeking parole back into the country. On July 27, 2022, this Office provided plaintiff's counsel with instructions regarding the parole application process. While plaintiff has yet to formally seek parole, on October 20, 2022, plaintiff's counsel sent the undersigned a settlement proposal. USCIS is currently in the process of evaluating that proposal. Plaintiff proposes to amend the complaint to include the relevant facts since the filing of the original complaint.

  Accordingly, allowing the government to respond to the amended complaint on or before December 21, 2022, and adjourning the initial pretrial conference until January 9, 2023, or thereafter, are in the interests of efficiency and conservation of judicial and party resources, because they should allow the parties sufficient time to determine whether this case can be resolved without further litigation.

  This is the parties' third request to adjourn the initial pretrial conference; the Court granted all prior requests, including the government's related requests to adjourn its response deadline to the original complaint. ECF Nos. 14, 17, 19, 21. As noted above, plaintiff joins in these requests.

The parties thank the Court for its consideration of these requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Joseph A. Pantoja
JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2785
E-mail: joseph.pantoja@usdoj.gov

cc: Counsel of record (via ECF)

---

Application GRANTED. The initial pretrial conference currently scheduled for November 16, 2022, is hereby ADJOURNED to **January 18, 2023**, at **9:00 a.m.**

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

*[signature]*

November 2, 2022